```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                              Case No. 14-18691-elf
Suzanne Haas Smith                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: YvetteWD              Page 1 of 2                  Date Rcvd: Feb 11, 2020
                              Form ID: 138NEW             Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db             +Suzanne Haas Smith,    1931 Cricklewood Cove,    Fogelsville, PA 18051-1509
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +OCWEN LOAN SERVICING, LLC,    Stern & Eisenberg, PC,    1581 N. Main Street,    Suite 200,
                 Warrington, PA 18976-3403
13510172        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13414924       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
14438025       +Bayview Loan Servicing, LLC,    c/o Kevin S. Frankel, Esquire,    3600 Horizon Drive, Suite 150,
                 King of Prussia, PA 19406-4702
14443533       +Bayview Loan Servicing, LLC,    c/o Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14442602       +Bayview Loan Servicing, LLC,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
13414925       +Cetronia Ambulance,    7355 William Avenue, Suite 700,    Allentown, PA 18106-9397
13414926       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
13414927        Financial Recoveries,    PO Box 1388,    Mt. Laurel, NJ  08054-7388
13414928        Health Network Laboratories,    PO Box 8500 Lockbox No. 9581,    Philadelphia, PA  19178-9581
13414932        LMIC Radiology,    1230 S. Cedar Crest Blvd, Suite 303,    Allentown, PA  18103-6212
13414933        LVHN Practices,    PO Box 1754,    Allentown, PA  18105-1754
13414929       +Lehigh Valley Cardio Diagnostics,    PO Box 3667,    Allentown, PA 18106-0667
13414930        Lehigh Valley Health Network,    PO Box 4120,    Allentown, PA  18105-4120
13414931       +Lehigh Valley Physician Group,    P.O. Box 1754,    Allentown, PA 18105-1754
13414934       +Medical Imaging Of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
13414935        OAA Orthopaedic Specialists,    PO Box 848269,    Boston, MA  02284-8269
13414936       +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
13507594        Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,    P.O. BOX 24605,
                 West Palm Beach, FL 33416-4605
14308082       +PHH Mortgage Corporation,    Bankruptcy Department,    1 Mortgage Way, Mail Stop SV-22,
                 Mt. Laurel, NJ 08054-4637
13414937        The Heart Group, P.C.,    PO Box 3880,    Allentown, PA  18106-0880
13414938       +Westfield Hopsital,    4815 W. Tilghman Street,    Allentown, PA 18104-9374
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:55:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 03:01:12      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
14437866       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 12 2020 02:55:08
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                 Coral Gables, FL 33146-1873
14428808       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 12 2020 02:55:08
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
13451067        E-mail/PDF: rmscedi@recoverycorp.com Feb 12 2020 03:00:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 6
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: YvetteWD              Page 2 of 2                   Date Rcvd: Feb 11, 2020
                              Form ID: 138NEW             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Suzanne Haas Smith bankruptcy@davidtiddlaw.com,
               debbburdick@gmail.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              KAREN PALAZZO GRUBER    on behalf of Debtor Suzanne Haas Smith attorneypalazzo@gmail.com
              KEVIN S. FRANKEL    on behalf of Creditor    Bayview Loan Servicing, LLC pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              MORRIS ANTHONY SCOTT    on behalf of Creditor    Bayview Loan Servicing, LLC pabk@logs.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    OCWEN LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER    on behalf of Creditor    OCWEN LOAN SERVICING, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 15
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Suzanne Haas Smith

         Debtor(s)                               Bankruptcy No: 14−18691−elf

                                                Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑     2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑     3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                    For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 2/11/20

                                                                                                               44 − 43
                                                                                                        Form 138_new