United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Suzanne Haas Smith  
     Debtor

Case No. 14-18691-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4　　User: YvetteWD　　Page 1 of 1　　Date Rcvd: Mar 13, 2020  
　　　　　　　　　　　Form ID: 212　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
db　　　　　+Suzanne Haas Smith,　1931 Cricklewood Cove,　Fogelsville, PA 18051-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
　　　　　DAVID W. TIDD　　on behalf of Debtor Suzanne Haas Smith bankruptcy@davidtiddlaw.com, debbburdick@gmail.com,bbkconsultantllc@gmail.com
　　　　　FREDERICK L. REIGLE　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　　JEROME B. BLANK　　on behalf of Creditor　　OCWEN LOAN SERVICING, LLC paeb@fedphe.com
　　　　　KAREN PALAZZO GRUBER　　on behalf of Debtor Suzanne Haas Smith attorneypalazzo@gmail.com
　　　　　KEVIN S. FRANKEL　　on behalf of Creditor　　Bayview Loan Servicing, LLC pa-bk@logs.com
　　　　　LISA MARIE CIOTTI　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
　　　　　MARIO J. HANYON　　on behalf of Creditor　　Ocwen Loan Servicing, LLC paeb@fedphe.com
　　　　　MARIO J. HANYON　　on behalf of Creditor　　OCWEN LOAN SERVICING, LLC paeb@fedphe.com
　　　　　MORRIS ANTHONY SCOTT　　on behalf of Creditor　　Bayview Loan Servicing, LLC pabk@logs.com
　　　　　PAUL WILLIAM CRESSMAN　　on behalf of Creditor　　OCWEN LOAN SERVICING, LLC paeb@fedphe.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　　Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
　　　　　SCOTT F. WATERMAN (Chapter 13)　　ECFMail@ReadingCh13.com
　　　　　THOMAS YOUNG.HAE SONG　　on behalf of Creditor　　OCWEN LOAN SERVICING, LLC paeb@fedphe.com
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM EDWARD MILLER　　on behalf of Creditor　　OCWEN LOAN SERVICING, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Suzanne Haas Smith

Debtor(s)  Case No: 14–18691–elf

___

*ORDER*

AND NOW, 3/13/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Eric L. Frank

Judge ,United States Bankruptcy Court